1014

[No. 6473-1-II. Division Two. July 10, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID
ALLEN WAKEMAN III, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 82-1-00155-4, Robert L. Harris, J., entered
July 9, 1982. *Affirmed* by unpublished opinion per Petrie,
J., concurred in by Petrich, C.J., and Reed, J.

[No. 5480-2-III. Division Three. July 10, 1984.]

EVELYN R. HEDGES, *Appellant,* v. MID STATE BANK
OF WATERVILLE, *Respondent.*

Appeal from a judgment of the Superior Court for Doug-
las County, No. 12722, Charles W. Cone, J., entered Octo-
ber 19, 1982. *Affirmed* by unpublished opinion per
Thompson, J., concurred in by Munson, C.J., and McIn-
turff, J.

[No. 6239-9-II. Division Two. July 11, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. WARREN
WALTER POPE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 81-1-00795-5, James P. Healy, J., entered
March 31, 1982. *Affirmed* by unpublished opinion per Reed,
J., concurred in by Petrich, C.J., and Worswick, J.

[No. 5710-1-III. Division Three. July 12, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ALTON
N. FILAN, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 82-1-00069-5, James J. Dore, J.,
entered March 8, 1983. *Affirmed* by unpublished opinion
per Munson, C.J., concurred in by Green and Thompson,
JJ.